UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

RANDALL ZANDSTRA,

        Plaintiff,

  - against -

UNITED STATES MARSHAL SERVICE and
UNITED STATES BUREAU OF PRISONS,

        Defendants.

------------------------------------X

O R D E R
08 Civ. 0929 (RWS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08

Sweet, D.J.,

    Petitioner Randall Zandstra filed this petition for writ of habeas corpus on January 3, 2008, pursuant to 28 U.S.C. § 2241. Having preliminarily reviewed the petition, I hereby direct the United States Attorney for the Southern District of New York to file an answer or other pleading within forty (40) days of the date of this order.

    The Clerk of the Court is directed to serve, by certified mail, a copy of this order and the underlying petition upon the United States Attorney for the Southern District of New York.

    It is so ordered.

New York, NY
February 20, 2008

ROBERT W. SWEET
U.S.D.J.