USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

*[Handwritten: Motion granted as Zandstra has been returned to federal custody. So ordered. / Sweet USDJ 4-2-08]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RANDALL ZANDSTRA,

            Petitioner,

        v.

UNITED STATES MARSHAL SERVICE and
UNITED STATES BUREAU OF PRISONS,

            Respondents.
------------------------------------------------------------x

08 Civ. 929 (RWS)

**NOTICE OF MOTION
TO DISMISS FOR LACK
OF SUBJECT MATTER
JURISDICTION**

    PLEASE TAKE NOTICE that, upon the accompanying (1) Respondents' Memorandum of Law in Support of Their Motion to Dismiss Petitioner Randall Zandstra's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, and (2) the Declaration of Rina Desai, dated March 26, 2008, and the exhibit attached thereto, respondents United States Marshals Service and Federal Bureau of Prisons, by and through their attorney, MICHAEL J. GARCIA, United States Attorney for the Southern District of New York, will move this Court for dismissal of the

above-captioned petition for a writ of habeas corpus, pursuant to Fed. R. Civ. P. 12(b)(1), on the

ground that the Court lacks subject matter jurisdiction over the petition.

Dated: New York, New York
       March 31, 2008

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York
                                          Attorney for Respondents

By: _____
                                          JOSEPH N. CORDARO
                                          Assistant United States Attorney
                                          Southern District of New York
                                          86 Chambers Street, Third Floor
                                          New York, NY 10007
                                          Tel.: (212) 637-2745
                                          Fax: (212) 637-2686
                                          Email: joseph.cordaro@usdoj.gov